ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ENTER / TS - E
FILED
CLERK, U.S. DISTRICT COURT

SEP - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN CARTER VARNEY, | Case No. EDCV 08-0764 DDP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| LARRY SMALL, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 7, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE